**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.** `12-cr-00366-WYD`

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    **WILLIAM WADE ROBBINS,**

    **Defendant.**

---

**INDICTMENT
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)**

---

The Grand Jury Charges that:

**COUNT ONE
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)**

On or about July 28, 2011, within the State and District of Colorado, defendant, **WILLIAM WADE ROBBINS,** did unlawfully, knowingly and intentionally possess with intent to distribute and did distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, in turn, containing 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, commonly referred to as methamphetamine (actual), a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
## 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

On or about July 28, 2011, within the State and District of Colorado, defendant, **WILLIAM WADE ROBBINS,** did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, in turn, containing 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, commonly referred to as methamphetamine (actual), a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL:

Ink signature on file in the Clerk's Office
FOREPERSON

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

By: s/ James R. Boma
JAMES R. BOMA
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
E-mail:  james.boma@usdoj.gov
Attorney for Government

2