(Rev. 04/07)

DEFENDANT: WILLIAM WADE ROBBINS

YOB: 1963

ADDRESS (CITY/STATE): Greeley, Colorado

COMPLAINT FILED? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSES:

COUNT ONE: Possession with intent to distribute and distribution of 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §841(a)(1)

COUNT TWO: Possession with intent to distribute 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §841(a)(1)

LOCATION OF OFFENSE (COUNTY/STATE): Weld County/Colorado

PENALTIES:

Counts One and Two: NLT 10 years, NMT life imprisonment, a $10,000,000 fine or both; NLT 5 years of supervised release and a mandatory $100 special assessment as to each count.

AGENT: S/A Christopher Calarco, FBI

AUTHORIZED BY: James R. Boma
                     Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_X\_\_ five days or less  \_\_\_\_\_ over five days  \_\_\_\_\_ other

THE GOVERNMENT

\_\_X\_\_ will seek detention in this case  \_\_\_\_\_ will not seek detention in this case

1

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:     __X__ Yes  _____ No