AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM WADE ROBBINS<br>_Defendant_ | )<br>)<br>) Case No. 12-cr-00366-WYD<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ WILLIAM WADE ROBBINS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute and distribution of 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §841(a)(1) and possession with intent to distribute 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. §841(a)(1)

Date: 08/21/2012                                                                   s/ J. Hawkins
                                                                                         _Issuing officer's signature_

City and state: Denver, Colorado                          Gregory C. Langham, Clerk, US District Court
                                                                                         _Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____
                                                                                         _Arresting officer's signature_

                                                                                         _Printed name and title_