UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  WILLIAM WADE ROBBINS,

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **October 29, 2012,** and responses to these motions shall be filed by **November 7, 2012.**  It is

 FURTHER ORDERED that a 3day jury trial is set for **November 13, 2012, at 9:00 a.m. in courtroom A-1002.**

 Dated:  September 13, 2012.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        CHIEF U. S. DISTRICT JUDGE