IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WADE ROBBINS,

    Defendant.

_____

**NOTICE OF DISPOSITION**
_____

William Robbins, by and through undersigned counsel, hereby notifies the Court that there will be a disposition by guilty plea in this matter. The defense respectfully requests that the Court set the matter for change of plea hearing. Because the parties are still finalizing the details of the written plea agreement, the defense asks that the Court set the change of plea hearing after December 3, 2012.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender

    s/ Scott T. Varholak
    Scott T. Varholak
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Scott.Varholak@fd.org
    Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on 10/26/2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    James R. Boma, AUSA
    email: james.boma@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    William Wade Robbins    (via Mail)

                              s/ Scott T. Varholak
                              Scott T. Varholak
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Scott.Varholak@fd.org
                              Attorney for Defendant