UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  WILLIAM WADE ROBBINS,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on October 26, 2012.  A Change of Plea hearing is set for **Thursday, January 10, 2013 at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     The trial set for Tuesday, November 13, 2012, is hereby **VACATED**.

     Dated:  October 29, 2012