IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-WYD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM WADE ROBBINS,

      Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE THE CHANGE OF PLEA HEARING

---

William Robbins, by and through undersigned counsel, hereby moves this Court for an Order continuing the change of plea hearing, and in support thereof, states as follows:

1.      On October 26, 2012, the defense filed a notice of disposition, indicating that the case would be disposed of through a negotiated disposition.  This Court has set a change of plea hearing for January 10, 2013, at 3:00 p.m.

2.      The parties are still attempting to finalize the plea agreement in this matter.  Additional information is needed prior to the parties being able to finalize this agreement.  This additional information cannot be obtained prior to the currently scheduled January 10 hearing.

3.      In order to allow the parties sufficient time to obtain all information necessary to finalizing the plea agreement, the defense respectfully requests that the Court reschedule the change of plea hearing until after March 11, 2013.  The Speedy Trial Act computations have been tolled by the filing of the notice of disposition.

4.      Undersigned counsel has conferred with Assistant United States Attorney James

Boma and Mr. Boma agrees with the relief requested.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 12/14/2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James R. Boma, AUSA
email: james.boma@usdoj.gov

s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

3