UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM WADE ROBBINS,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on defendant, William Wade Robbins's, Unopposed Motion to Continue Change of Plea Hearing [ECF No. 12], filed on December 14, 2012.  After careful consideration, it is

      ORDERED that Robbins's motion [ECF No. 12] is **GRANTED**.  It is

      FURTHER ORDERED that the Change of Plea hearing set for Thursday, January 10, 2013, at 3:00 p.m. in Courtroom A-1002 is **VACATED and RESET to Thursday**, **March 14**, **2013**, **at 10:00 a.m. in Courtroom A-1002**.

      Dated:  December 20, 2012.