UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM WADE ROBBINS,

      Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Due to a Court conflict, the Change of Plea hearing set for Thursday, March 14, 2013, at 10:00 a.m. in Courtroom A-1002 is **VACATED and RESET to Tuesday**, **March 26**, **2013**, **at 2:00 p.m. in Courtroom A-1002**.

      Dated:  February 12, 2013.