IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WADE ROBBINS,

    Defendant.

_____

**MOTION TO CONTINUE THE CHANGE OF PLEA HEARING**
_____

William Robbins, by and through undersigned counsel, hereby moves this Court to continue the change of plea hearing, and in support thereof, states as follows:

1. The Change of Plea Hearing was set for March 14, 2013 at 10:00. On today's date, the court *sua sponte,* vacated and reset the hearing to March 26, 2013 at 2:00 p.m. Undersigned counsel is unavailable at that time as he will be out of town.

2. Undersigned counsel requests that the court vacate the current Change of Plea date and order the parties to contact chambers to reset the Change of Plea Hearing.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender

    s/ Scott T. Varholak
    Scott T. Varholak
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Scott.Varholak@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on 2/12/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    James R. Boma, AUSA
    email: james.boma@usdoj.gov

                                         s/ Scott T. Varholak
                                         Scott T. Varholak
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         Scott.Varholak@fd.org
                                         Attorney for Defendant