UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WADE ROBBINS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on defendant, William Wade Robbins's, Motion To Continue The Change Of Plea Hearing [ECF No. 15], filed on February 12, 2013.  After careful consideration, it is

    ORDERED that Robbins's motion [ECF No. 15] is **GRANTED**.  It is

    FURTHER ORDERED that the Change of Plea Hearing set for Tuesday, March 26, 2013, at 2:00 p.m. is **VACATED**.  It is

    FURTHER ORDERED that the parties shall **jointly contact chambers on or before Friday**, **February 15**, **2013**, to set a date for the Change of Plea Hearing.

    Dated:  February 13, 2013.