UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIAM WADE ROBBINS,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Pursuant to the parties' joint telephone conference on February 15, 2013, it is

     ORDERED that a Change of Plea Hearing is set for **Friday**, **April 19**, **2013**, **at 2:00 p.m. in Courtroom A-1002**.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  If the documents are not timely submitted, the hearing will be VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  February 15, 2013.