IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-WYD-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WILLIAM WADE ROBBINS,

       Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE THE CHANGE OF PLEA HEARING**
_____

       William Robbins, by and through undersigned counsel, hereby moves this Court to continue the change of plea hearing, and in support thereof, states as follows:

       1.      The Change of Plea Hearing is set for April 19, 2013, at 2:00 p.m. The plea agreement is finalized.

       2.      Mr. Robbins suffers from severe arthritis. He has been taking arthritis medicine, but this medicine has caused other health problems. As a result, his doctors have been weaning Mr. Robbins off of his current medication.

       3.      This process of weaning Mr. Robbins off of his current medication has caused Mr. Robbins to suffer severe medical problems and withdrawal. Mr. Robbins is not sure that he can make it through a change of plea hearing, and undersigned counsel has concerns about Mr. Robbins' physical capacity to enter a guilty plea on Friday. As a result, the defense respectfully requests a continuance of the change of plea hearing.

4. Once Mr. Robbins' medications are regulated and his body adjusts to the new medication regime, counsel believes that Mr. Robbins will be prepared to proceed.

5. Undersigned counsel has contacted Assistant United States Attorney James Boma and Mr. Boma does not oppose this motion. Mr. Boma has requested that the hearing be reset after May 20, 2013, as Mr. Boma will be in trial for the first few weeks of May. A continuance until after May 20, 2013, should give sufficient time for the doctors to regulate Mr. Robbins' medication regime and for Mr. Robbins to adjust to this new medication.

WHEREFORE, the defense respectfully requests that the Court continue the change of plea hearing in this matter until after May 20, 2013.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on 4/15/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James R. Boma, AUSA
email: james.boma@usdoj.gov

      s/ Scott T. Varholak
      Scott T. Varholak
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Scott.Varholak@fd.org
      Attorney for Defendant