UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM WADE ROBBINS,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on defendant, William Wade Robbins's, Unopposed Motion To Continue The Change Of Plea Hearing [ECF No. 19], filed on April 15, 2013.  After careful consideration, it is

      ORDERED that Robbins's motion [ECF No. 19] is **GRANTED** and the Change of Plea Hearing set for Friday, April 19, 2013, at 2:00 p.m. in Courtroom A-1002 is **VACATED**.  It is

      FURTHER ORDERED that the parties **shall jointly contact chambers on or before Monday**, **April 22**, **2013**, to reschedule the Change of Plea Hearing.

      Dated:  April 16, 2013.