UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM WADE ROBBINS,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Pursuant to the parties' joint telephone conference with chambers on Wednesday, April 17, 2013, it is

      ORDERED that a Change of Plea Hearing is set for **Wednesday**, **June 19**, **2013**, **at 10:00 a.m. in Courtroom A-1002**.

      Dated:  April 17, 2013.