IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | June 19, 2013 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No. **12-cr-00366-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

    Plaintiff,

v.

**1.  WILLIAM WADE ROBBINS**,                 Scott T. Varholak

    Defendant.

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

**10:11 a.m.**   Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks regarding benefit to defendant in exchange for waiver of appellate rights.

10:12 a.m.   Discussion regarding benefit to defendant in exchange for waiver of appellate rights.

Indictment read to defendant.

Defendant pleads **GUILTY** to counts **One and Two of Indictment.**

Defendant sworn

-1-

Defendant answers true name;  Defendant **49** years old.

Defendant's right to an indictment by a grand jury explained.

**EXHIBITS:**     **Exhibit I** - Plea Agreement;  **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty

**ORDERED:**    Court Exhibits **I** and **II** are **RECEIVED**.

Defendant advised of maximum penalties.

Defendant advised of constitutional rights.

Government outlines evidence.

Court accepts plea of guilty.

**ORDERED:**    Sentencing is set for **Wednesday, September 4, 2013, at 3:00 p.m., in Courtroom A-1002.**

**ORDERED:**    Defendant is **REMANDED** to custody of U.S. Marshal.

**10:41 a.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :30**