IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-WYD-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WILLIAM WADE ROBBINS,

       Defendant.
_____

**DEFENDANT'S RESPONSE AND OBJECTIONS
TO THE PRESENTENCE INVESTIGATION REPORT**
_____

       William Robbins, by and through undersigned counsel, responds as follows to the Presentence Investigation Report ("PSI"):

       The PSI notes that Mr. Robbins was arrested on September 11, 2012, by federal agents, and remains detained. The PSI therefore estimates 358 days of presentence confinement. The original arrest on this case, however, occurred on July 27, 2011. While that arrest was by state law enforcement, that arrest formed the basis for the instant charges. Mr. Robbins has remained in custody since July 27, 2011. Thus, he should receive presentence confinement credit back to July 27, 2011 (775 days).

       Mr. Robbins has no other objections to the PSI.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on 8/2/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James R. Boma, AUSA
email: james.boma@usdoj.gov

                                    s/ Scott T. Varholak
                                    Scott T. Varholak
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Scott.Varholak@fd.org
                                    Attorney for Defendant