IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00366-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    WILLIAM WADE ROBBINS,**

    Defendant.

---

**GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)**

---

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, and hereby moves, pursuant to the provisions of §3E1.1(b) of the Sentencing Guidelines, and application note 6 thereto, that this defendant receive a 3-level reduction for acceptance of responsibility on the grounds that the defendant timely notified the Government of his decision to enter a guilty plea and fully advised the Government of the nature of his own misconduct, thereby permitting the Government to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2

Respectfully submitted this 14th day of August, 2013,

        John F. Walsh
        United States Attorney


By:  s/ James R. Boma
      JAMES R. BOMA
      Assistant United States Attorney
      U.S. Attorney's Office
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0401
      E-mail: james.boma@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

      I certify that on this 13th day of August, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    **Scott Thomas Varholak**
    Scott_varholak@fd.org

I also certify that I sent the foregoing via facsimile to the following:

U.S. Probation Officer Ryan Henry, Denver

                                                  s/ Andrea K. Hough
                                                  Office of the U.S. Attorney