IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00366-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.   WILLIAM WADE ROBBINS,**

    Defendant.

---

### GOVERNMENT'S MOTION FOR SENTENCING REDUCTION UNDER THE PROVISIONS OF § 5K1.1, U.S. SENTENCING GUIDELINES, BUT NOT ALSO UNDER TITLE 18, UNITED STATES CODE, SECTION 3553(e)

---

THE UNITED STATES OF AMERICA, by and through its undersigned Assistant U.S. Attorney for the District of Colorado, hereby moves for a reduction of the above defendant's sentence, pursuant to the provisions of §5K1.1 of the Sentencing Guidelines, but not also under 18 U.S.C. §3553(e), because of this defendant's substantial assistance to the Government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States, which may be summarized as follows:

    1.    During his debriefing by agents and investigators assigned to this investigation, this defendant provided detailed information relating to the drug distribution activities of targets of an ongoing criminal investigation.  Due to the confidential nature of this investigation, the Government cannot divulge the facts provided by this defendant in an unrestricted pleading.  However, the information

provided advanced the objectives of this investigation and was, therefore, of substantial assistance to the Government.

    2.    Further, this defendant has agreed to testify when and if the targets of the investigation are ultimately indicted and arrested.

WHEREFORE, and in light of the cooperation rendered by this defendant to date and pursuant to the parties' plea agreement in this matter, the Government hereby moves for a reduction to the statutory mandatory minimum sentence in this case, that is, to 10 years or 120 months.

Respectfully submitted this 14th day of August, 2013,

        JOHN F. WALSH
        UNITED STATES ATTORNEY

    By: s/ James R. Boma
        JAMES R. BOMA
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO  80202
        Telephone:  (303) 454-0100
        Fax:  (303) 454-0401
        E-mail:  james.boma@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 13th day of August, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION UNDER THE PROVISIONS OF § 5K1.1, U.S. SENTENCING GUIDELINES, BUT NOT ALSO UNDER TITLE 18, UNITED STATES CODE, SECTION 3553(e)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    **Scott Thomas Varholak**
    Scott_varholak@fd.org

                                          s/ Andrea K. Hough
                                          Office of the U.S. Attorney