UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.  WILLIAM WADE ROBBINS,

　　　Defendant.

## ORDER

　　　THIS MATTER comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

　　　ORDERED that Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b) [ECF Doc. No. 29], filed August 14, 2013, is **GRANTED.**  It is further

　　　ORDERED that this defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

Dated: September 4, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

-2-