UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2016

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CASE NUMBER 12-CR-00366-WYD-01 |
| § | |
| William W. Robbins § | |

MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO
18 U.S.C. § 3582 (c)(2)

TO: HONORABLE
UNITED STATES DISTRICT JUDGE Wiley Y. Daniel

, Defendant Pro Se, moves this Court, pursuant to 18 U.S.C. § 3582 (c)(2), for a modification of sentence upon retroactive application of Amendment 782 from the U.S. Sentencing Commission, effective November 1, 2015, retroactive as of November 1, 2014, for a 2 point reduction in offense conduct level for all non-violent drug offenders, and in support of such sentence modification the Defendant would show as follows:

1. Where a decision to impose a sentence is based on a sentencing range later subject to retroactive amendment, 18 USC § 3582(c)(2) permits a sentence reduction. The Supreme Court has reasoned that there is no reason to deny § 3582 (c)(2) relief to defendants who linger in prison pursuant to sentences that would not have been imposed but for since rejected excessive sentencing range. FREEMAN v UNITED STATES, 564 US ___, 131 S.CT. ___, 180 L.ED.2d 519 (2011). As interpretted by the Supreme Court, 18 USC § 3582(c)(2) permits a sentence reduction to the lowest amended Guideline offense conduct level, DILLON v UNITED STATES, 560 US ___, 130 S.CT. ___, 177 L.ED.2D 271 (2010), leaving all other sentence enhancements unaffected by the reduction.

2. Defendant was sentenced on September 4, 2013 to 120 months in federal prison, ie., at offense conduct level      .

3. The modified offense level given retroactive application of Amendment 782 is offense level 31. With all other sentencing enhancements left unaffected, the modified offense level is Level 31, rendering an amended sentence of 108 months.

4. The modified sentence as suggested to be imposed would not seriously affect the five (5) criteria for imposition of sentence considered by this Court in the initial imposition of sentence, 18 USC § 3553(a), and will best meet the Sentencing Commission's mandate with respect to uniformity and non-disparity in sentencing. 28 USC § 994.

5. Attached hereto are certificates earned by the Defendant throughout his current confinement in federal prison for the purpose of assisting the Court in determining the proper application of 18 USC § 3582(c)(2).

WHEREFORE, the Defendant prays this Court enters an Order modifying the Defendant's offense conduct, pursuant to Sentencing Commission Amendment 782 and its retroactive application, to the end that the Defendant's sentence is modified to _____ months confinement. The Defendant prays for any and all such other relief to which he shows himself entitled, including general relief.

Respectfully submitted,

*[signature]*

Reg. No. 38805-013
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000
DEFENDANT PRO SE

CERTIFICATE OF FILING BY MAIL
AND
CERTIFICATE OF SERVICE

I, _____, being an incarcerated person, and pursuant 28 USC § 1746, and HOUSTON v LACK, 487 US 266 (1988), DECLARE UNDER PENALTY OF PERJURY, that the original of this document was duly FILED BY MAIL, by depositing same in the institution's mail depository for legal mail first class postage prepaid and addressed to: Office of the Clerk, United States District Court, UNITED STATES COURTHOUSE,
on the 31 day of March, 2016. I further certify that a true and correct copy of this document was duly served upon the United States by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to:
on the 31 day of March, 2016.

*[signature]*

DEFENDANT PRO SE

Reg. No. 38805-013
FEDERAL PRISON CAMP
P.O. Box 5000
Florence, Colorado 81226-5000

Office of the Clerk
United States District Court
UNITED STATES COURTHOUSE
901 19th. Street
Denver, CO 80294

RE:   United States vs. William Robbins
      USDC No. 12-CR-00366-WYD-01
      Honorable Wiley Y. Daniel

Dear Clerk:

ENCLOSED PLEASE FIND the original and two copies of my motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2). Please file the original in your ordinary course. Please provide the presiding judge a complimentary copy. Please return a file marked copy of the motion in the self-addressed stamped envelope I have provided.

By this correspondence a copy of this motion has been served upon the United States. My address for notice of proceedings and service of documents is as set out hereinabove.

Thanking you in advance for your assistance in this matter, and I remain,

Sincerely, *[signature]*

Defendant Pro Se

ENCLOSURES

cc:   FILE

      U.S. Attorney

/gt-jl