```
   FLFC2            *        INMATE EDUCATION DATA       *      01-31-2016
PAGE 001 OF 001 *                  TRANSCRIPT            *      12:07:47

REGISTER NO: 38805-013    NAME..: ROBBINS                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FLF-FLORENCE FCI

---------------------------   EDUCATION INFORMATION   ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
FLF  ESL HAS    ENGLISH PROFICIENT         09-27-2013 0830 CURRENT
FLF  GED HAS    COMPLETED GED OR HS DIPLOMA 09-27-2013 0827 CURRENT

---------------------------   EDUCATION COURSES   ---------------------------
SUB-FACL    DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
FLF SCP     RPP PRG 3 (RENTING)           05-01-2015  05-01-2015  P   C  P    2
FLF SCP     RPP PRG 3 (PERSONAL FINANCE)  04-30-2015  04-30-2015  P   C  P    2
FLF SCP     RPP PRG 2 (JOB SEARCH)        04-29-2015  04-29-2015  P   C  P    2
FLF SCP     RPP PRG 2 (JOB INTERVIEW)     04-28-2015  04-28-2015  P   C  P    2
FLF SCP     RPP PRG 3 (INSURANCE)         04-27-2015  04-27-2015  P   C  P    2
FLM SCP     AT RISK LEVEL 3               10-13-2014  12-22-2014  P   C  P   54
FLM SCP     ACE COMMER DRIVER'S LICENSE   09-06-2014  11-09-2014  P   C  P   20
FLM SCP     ACE WEALTH MANAGEMENT         09-13-2014  11-15-2014  P   C  P   20
FLM SCP     AT RISK LEVEL 2               07-14-2014  09-22-2014  P   C  P   54
FLM SCP     CRC MONEY SMART               06-23-2014  09-02-2014  P   C  P   20
FLM SCP     AT RISK LEVEL 1               04-14-2014  06-23-2014  P   C  P   54
FLM SCP     CRC JOB READINESS             03-31-2014  03-31-2014  P   C  P    6
FLM SCP     CRC GET RIGHT WITH YOUR TAXES 03-28-2014  03-28-2014  P   C  P    2
FLM SCP     CRC MONEY AND CONSUMER        03-27-2014  03-27-2014  P   C  P    6
FLM SCP     CRC HOUSING AND SAFETY        03-26-2014  03-26-2014  P   C  P    6
FLM SCP     CRC BARRIER EMPLOYMENT SUCCESS 03-25-2014 03-25-2014  P   C  P    4
FLM SCP     CRC FUNDAMENTALS OF BANKING   03-24-2014  03-24-2014  P   C  P    2
FLM SCP     CRC RE-ENTRY PORTFOLIO        03-03-2014  04-03-2014  P   C  P   24




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Your Honor,

This is in regaurds to my 2 points. I know they say you can't go below your mandatory minium. But I have seen a lot of guys here at Florence that went below theres, because they had a safty valve or a 5K1 filed on there case. Well I have a 5K1 filed and just want to know why I have been denide. Also in June and July of 2015 I was sent to Inglewood for six weeks to help get a Inditment on some one and before anything happened the US Attorney got sick and I was sent back here. I spent six weeks at Inglewood for nothing. I was just hopping that maybe something good would come out of all this. I have done everything I can to better myself. Thank you for your time.

William Robbins

William Robbins

38805-013

# Certificate of Completion

## United States Federal Prison Camp
### Florence, Colorado

**Department of Psychology**

Has Awarded

**William Robbins**

This Certificate For Completing

**Non-Residential Drug Abuse Treatment Program**

March, 2016

_____
A.L. Gallardo
*Drug Treatment Specialist*

_____
C. Francia, Psy. D., CAC II
*Drug Abuse Program Coordinator*

# United States Federal Prison Camp

### *Florence, Colorado*

## Department of Psychology

Has Awarded

# William Robbins

This Certificate For Completing

## Freedom From Drugs

*Drug Education Program*

A.L. Gallardo
*Drug Treatment Specialist*

August 2014

Florence Prison Camp
Box 5000
Florence Co
81226-5000

Office of the Clerk
United States District Court
United States Courthouse
901 19th Street
Denver Co
80294

