UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00366-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  WILLIAM WADE ROBBINS,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     On April 7, 2016, Defendant filed a Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 36).  Both the Government and the Probation Department shall file a response to this motion not later than **Friday, May 20, 2016.**

     Dated:  April 26, 2016