# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE



**LAVETRA A. CASTLES**
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

**ELIZABETH MILLER**
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

May 10, 2016

RESPOND TO:   Denver

RE:   Defendant William Wade **ROBBINS**
Docket No. 12-cr-00366-WYD
**PROBATION RESPONSE TO DEFENDANT'S MOTION FOR RETROACTIVE APPLICATION OF SENTENCING GUIDELINES [Document 36]**

On April 7, 2016, the defendant filed a Motion for Retroactive Application of Sentencing Guidelines. Thereafter, on April 26, 2016, the Court ordered both the Government and the Probation Office to respond to the defendant's motion no later than Friday, May 20, 2016. This filing is in response to the Court's order.

The defendant was convicted of Possession With Intent to Distribute and Distribution of 50 Grams or More of Methamphetamine (Actual) and Possession With Intent to Distribute and Distribution of 50 Grams or more of Methamphetamine (Actual). He was sentenced on September 4, 2013, to 120 months imprisonment on both counts to run concurrent, and a 5 year term of supervised release. At the time of sentencing, the defendant's guideline range was 168 to 210 months imprisonment, although the Court ultimately departed downward and imposed the statutorily required sentence of 120 months.

Over a year ago, on April 5, 2015, this officer met with representatives of the Federal Public Defender Office and the U.S. Attorney's Office for the purpose of evaluating Mr. Robbins' circumstances to determine his eligibility for the two-level reduction in offense level under Amendment 782. It was determined that although the defendant's offense level could be reduced, this reduction has no impact because the statutory minimum sentence of 120 months, which the Court already ordered, is the lowest sentence that can be imposed. It is my understanding that Mr. Robbins was notified by the Federal Public Defenders Officer of the reasons he was not eligible for this reduction. As such, the probation officer would maintain that, for the above reasons, the defendant is not eligible for relief under Amendment 782.

Should the Court have any questions regarding the above, please contact this officer at 303-335-2453.

Respectfully Submitted,

*s/ Andrea L. Bell*
ANDREA L. BELL
SUPERVISING UNITED STATES PROBATION OFFICER

Approved:

s/ **Elizabeth K. Miller**
ELIZABETH K. MILLER
DEPUTY CHIEF UNITED STATES PROBATION OFFICER