AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 12-cr-00366-WYD-01 |
| WILLIAM WADE ROBBINS ) | USM No: 38805-013 |
| ) | Scott Thomas Varholak, AFPD |
| Date of Previous Judgment: September 4, 2013 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   **X** DENIED.   ❏ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | |
| Criminal History Category: | III | Criminal History Category: | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Term: | months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
Based on CM/ECF Document No. 36, on April 5, 2016, the Defendant's case was reviewed by representatives of the U.S. Probation Office as well as the Federal Public Defender and United States Attorney. The Court finds that, although the defendant's offense level could be reduced per the amendment, the reduction has no impact because the statutory minimum sentence of 120 months, which the Court already ordered, is the lowest sentence that can be imposed. Based on this, the defendant is not eligible for relief under Amendment 782.

Except as provided above, all provisions of the judgment dated   September 4, 2013   shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: May 24, 2016 | s/ Wiley Y. Daniel |
| | *Judge's signature* |
| Effective Date: _____ | Wiley Y. Daniel, Chief United States District Judge |
| *(if different from order date)* | *Printed name and title* |