# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:12CR00366-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM WADE ROBBINS,

        Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. The defendant shall reside in a residential reentry center (RRC) for a period of up to 6 months, to commence, at the direction of the Probation Office, and shall observe the rules of that facility.  The defendant may be discharged earlier than 6 months, by the probation officer, if the defendant is determined to be in full compliance with conditions of supervision.

    FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    DATED at Denver, Colorado, this  1st   day of  June, 2021.

                          BY THE COURT:

                          R. BROOKE JACKSON
                          United States District Judge