# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00366-RBJ-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

William Wade ROBBINS,

   Defendant.

---

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court ORDERS the

__X__ issuance of an arrest warrant.

_____ DENIES the request.

DATED at Denver, Colorado, this 2nd day of September, 2022.

BY THE COURT:

*/s/ Brooke Jackson*

R. Brooke Jackson
Senior United States District Judge