AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM WADE ROBBINS<br>*Defendant* | )<br>)  Case No.  1:12CR00366-1<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   William Wade Robbins                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information     ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition   ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance;
Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer; and,
Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer.

Date:   September 2, 2022                                              s/J. Dynes, Deputy Clerk   for
                                                                                *Issuing officer's signature*

City and state:   Denver, Colorado                              Jeffery P. Colwell, Clerk of Court
                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                    _____
                                                                                 *Arresting officer's signature*

                                                                                 _____
                                                                                 *Printed name and title*