# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00366-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WADE ROBBINS,

    Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    Dated this 15th day of September, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    *s/ Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Martha.paluch@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of September, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                         *s/Stephanie Price*
                                         STEPHANIE PRICE
                                         Legal Assistant