AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>William Robbins<br>*Defendant* | )<br>)<br>)  Case No. 12-cr-366-RBJ<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/19/22

*Defendant's signature*

*Signature of defendant's attorney*

DAVID KRAUT  CO 40282
*Printed name and bar number of defendant's attorney*

633 17th St. #1000
*Address of defendant's attorney*

david-kraut@fd.org
*E-mail address of defendant's attorney*

303-294-7002
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*