**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  12-cr-00366-RBJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WILLIAM WADE ROBBINS,

     Defendants.

---

**MOTION TO WITHDRAW AND TERMINATE ECF NOTICE**

---

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Susan D. Knox, Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that Assistant United States Martha Paluch is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

Dated this 19th day of September, 2022.

1

Respectfully submitted,

Cole Finegan
United States Attorney


By: *s/ Susan D. Knox*
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Susan.Knox@usdoj.gov
Attorney for the United States

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2022, I electronically

filed the foregoing **MOTION TO WITHDRAW AND TERMINATE ECF NOTICE**

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to all counsel of record.

_s/ Jessie M. Zabriskie_
Legal Assistant
United States Attorney's Office

3