IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WADE ROBBINS,

    Defendant.

**NOTICE OF ACCEPTANCE INTO RESIDENTIAL SUBSTANCE ABUSE TREATMENT PROGRAM**

The defendant, William Wade Robbins ("Mr. Robbins"), by and through undersigned counsel, David Kraut, hereby provides notice to the Court, government, and United States Probation Office that he has been accepted into the Salvation Army Harbor Light six-month inpatient substance abuse relapse-prevention program. *See* Ex. A, Letter of Acceptance. Mr. Robbins also submits two attached documents describing many rules and details of the Harbor Lights program. *See* Ex. B & C.

Mr. Robbins respectfully moves the Court to consider this information in connection with Mr. Robbins' request for release pending the final supervised release violation hearing in this case. Mr. Robbins will seek to be released directly into the Harbor Light residential relapse-prevention program and to be required, as a release condition, to remain in and comply with all rules of the program.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:              (303) 294-1192
Email:            David_Kraut@fd.org
Attorney for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I filed the foregoing ***Notice of Acceptance into Residential Substance Abuse Treatment Program*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha A. Paluch, Assistant United States Attorney
E-mail:  Martha.Paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

William Wade Robbins (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:              (303) 294-1192
Email:            David_Kraut@fd.org
Attorney for Defendant