# Exhibit A



William Booth, *Founder*
Brian Peddle, *General*
Commissioner Kenneth G. Hodder, *Territorial Commander*
Commissioner Jolene K. Hodder, *Territorial President of Women's Ministries*
Major Mike Dickinson, *Divisional Commander*

October 10th, 2022

To whom it may concern,

Mr. **William Robbins** has applied for and been accepted into The Salvation Army Harbor Light six-month in-patient relapse prevention program. ***Mr. William Robbins*** was accepted on the date of **October 10th, 2022.** We have availability for him to come into our facility. He has a guaranteed spot in our program, and we currently have a bed available for him.

While at the Harbor Light Center, Mr. Robbins will meet with his primary counselor weekly for therapeutic wellness, planning and holistic goal projections for long term goals and relapse prevention strategies. He will be required to perform random UA's and breathalyzer tests throughout his stay here at Harbor Light. Mr. Robbins will be required to attend various classes such as spiritual awareness, process group, life skills, anger management, relapse prevention, and more. Mr. Robbins is also required to attend AA/NA meetings weekly and meetings with a sponsor, to support his recovery. Our program is six months in duration. After the six-month program, he has the opportunity to reside here for an additional 18 more months in our transitional housing program. This would be to work on his finances, housing goals and sobriety. While doing so, he would be beginning employment, and still required to meet with his counselor monthly and attend AA/NA meetings every week.

Accepted Clients <u>MUST</u> schedule an intake date with the Intake Coordinator prior to arriving at the Harbor Light facility. To do so, call the Intake Coordinator at 720.305.4655. *The Harbor Light Center does not transport individuals entering the program and requires all incoming clients to arrange their own means of transportation to the facility.* New residents are **required** to pass a UA and breathalyzer test when they enter our facility.

Sincerely,
Annaclaire Stipe
Housing/Intake Coordinator
The Salvation Army
Harbor Light Center
2136 Champa Street
720.305.4655
annaclaire.stipe@usw.salvationarmy.org