# Exhibit B



William Booth, *Founder*
Brian Peddle, *General*
Commissioner Kenneth G. Hodder, *Territorial Commander*
Commissioner Jolene K. Hodder, *Territorial President of Women's Ministries*
Major Mike Dickinson, *Divisional Commander*

# The Denver Harbor Light Center

## Men's Relapse Prevention Program

2136 Champa St. Denver, CO 80205

**History:** The Salvation Army's first *Harbor Light Center* opened in Detroit, MI on July 31st, 1939. The Harbor Light Center has since become a national program. For 125 years, the Salvation Army has been active in Colorado, meeting human needs without discrimination.

**Goal:** Helping men develop relapse prevention skills and a self-sufficient, sustainable living situation, through the development of essential life skills and spiritual regeneration.

### Program Benefits

- Faith Based
- Relapse Prevention/Substance Abuse Program (6 mos.)
- Transitional Housing (15-18 mos.)
  *Transitional Housing is optional after graduation
  *Treatment + Housing may not exceed 24 months
- Weekly One-on-One Counseling
- Relapse Prevention and Life Skills Classes
- Evening Recovery Meetings
- 3 Meals Daily
- Access to Laundry

### Program Options

- Legal Services
- Access to Credit Counseling
- Access to Higher Education Counseling
- Men's Retreats *(Summer Only)*
- Recreational Activities
- Resume and Cover Letter Writing

### Program Eligibility

- Residents must be willing to abstain from working until graduation.
- The following convictions are prohibited:
- Sex Crimes
- Arson
- Crimes Against At-Risk Persons
- Murder/Manslaughter
- You *must* resolve all warrants prior to applying

### To Apply:

- Request an application in person or by phone by calling 720.305.5670.
- You must submit a completed application to receive an interview.

*Prospective residents will be interviewed in person or by phone, prior to being accepted into the program.*

**"Giving a hand up, not a handout"**

Harbor Light Center • 2136 Champa St • Denver, Colorado 80205
Phone: 720.305.5665 • fax: 303.296.0829