# Exhibit C



William Booth, *Founder*
Brian Peddle, *General*
Commissioner Kenneth G. Hodder, *Territorial Commander*
Commissioner Jolene K. Hodder*, Territorial President of Women's Ministries*
Major Mike Dickinson, *Divisional Commander*

Prospective Client,

    The Denver Harbor Light Center offers a three-phase, six-month relapse prevention program, designed to help individuals acquire the skills and confidence needed to achieve long-term sobriety. With the option of an additional 18 months of transitional housing after the six-month recovery program, Harbor Light is dedicated to ensuring that individuals are given the opportunity to practice the skills they've learned, obtain the resources necessary to assemble their own community support network, and begin to build the habits that will ultimately propel them into long-term sobriety and fully independent living.

    Residents will participate in a variety of classes and groups addressing a wide range of topics. Combined with weekly one-on-one counseling, residents will discover the underlying cause of their addiction, learn to identify potential triggers, and begin to exercise a variety of coping strategies. They will be in classes such as relapse prevention, life skills, mindfulness, staying sober, spiritual awareness, anger management, and many more. There are 12-step meetings in our facility every night of the week. During the first 30 days in program, residents will be on a "blackout" period where they are unable to leave the facility, have visitors or have their phones. Days 31-90, residents are able to leave the facility outside of program hours (7am – 4pm), but they have to be accompanied by another resident in the program for accountability purposes. Days 91-180, residents are allowed to leave the facility by themselves outside of program hours and are able to take overnight passes. After day 180, residents have the opportunity to apply for our transitional housing program to stay at our facility, find employment, work on their recovery and finances, and stay connected with the sober community.

    At Harbor Light, we believe in treating the whole person, and recognize that there are many factors that determine an individual's likelihood for continued success. Throughout the program, each resident will have the opportunity to receive individualized credit counseling, free legal services and individualized planning for higher education. Our mission is to help individuals realize their intrinsic value and provide them with the means to achieve their fullest potential.

Best regards,

The Harbor Light Team