IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00366-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WILLIAM WADE ROBBINS,

       Defendant.

**UNOPPOSED MOTION TO CONTINUE
SUPERVISED RELEASE VIOLATION HEARING**

The defendant, William Wade Robbins ("Mr. Robbins"), by and through undersigned counsel, David Kraut, hereby respectfully moves the Court to reschedule the supervised release violation ("SRV") hearing in this case to a date convenient for the Court on or after October 16, 2023. Neither the government nor the Probation Office opposes this request. As grounds, Mr. Robbins states:

Mr. Robbins began his current 5-year supervised release term on April 11, 2019. After nearly two largely successful years, he relapsed on methamphetamine in early 2021. On May 28, 2021, Mr. Robbins agreed to a modification, which the Court approved, requiring him to reside in a residential reentry center ("RRC") for up to six months. ECF 42, 43. Mr. Robbins stayed at the RRC for approximately two months, did well there, and was released back to community supervision in August 2021.

In May 2022, Mr. Robbins relapsed a second time. His probation officer filed a petition to revoke supervised release on September 2, 2022. ECF 44. Authorities arrested Mr. Robbins on this

warrant on September 11, 2022. ECF 47. He faces no new charges. On October 13, 2022, Mr. Robbins was released on conditions, including a requirement that he reside at the Harbor Light Program, a residential substance abuse program in Denver. ECF 60, 62. Following his release, the Court scheduled this matter for Supervised Release Violation hearing on January 27, 2023 at 11:00 am. ECF 63.

On January 13, 2023, Mr. Robbins' probation officer confirmed that Mr. Robbins has done well at Harbor Light. His drug tests have all been negative and he has become a leader in the program. His will complete the residential portion of the program on April 11, 2023, at which time he plans to move into Harbor Light's transitional housing in the Denver metro-area. While living in this community-based setting, Mr. Robbins will be required to continue participating in Harbor Light programming, including 12-step meetings. During his time in transitional housing, Mr. Robbins plans to work for his son's gutter and siding repair company. If successful, Mr. Robbins will complete the Harbor Light program on October 12, 2023.

Mr. Robbins' probation officer recommends that Mr. Robbins remain in the Harbor Light program. To supplement the non-residential portion of the program, the Probation Office will refer Mr. Robbins to an intensive outpatient substance abuse treatment program and drug testing starting April 11, 2023, when he leaves the Harbor Light residential facility.

If Harbor Light discharges Mr. Robbins from its program unsuccessfully prior to October 12, 2023, the Probation Office will notify the Court and seek an updated revocation hearing date. However, neither the Probation Office nor the government opposes Mr. Robbins' request to schedule the revocation hearing for a date after his expected completion of Harbor Light. Mr. Robbins hopes his successful completion of the program will positively affect the parties' recommendations regarding the pending petition.

If the Court grants this motion to continue, the Court should also update Mr. Robbins' release conditions to reflect the housing change expected to occur in April 2023. Currently, the conditions require that Mr. Robbins "maintain residence at Denver Harbor Light Center Inpatient residential treatment program, and comply with all rules and regulations of the program." ECF 62 at ¶ 7(u) (p2). Mr. Robbins respectfully moves the Court to modify this release condition to state: "maintain residence at Denver Harbor Light Center Inpatient residential treatment program, <u>or Harbor Light transitional housing residence</u>, and comply with all rules and regulations of the program." If this request is granted, counsel will assist the Probation Office in obtaining Mr. Robbins' signature on the updated release conditions form, if such assistance is necessary.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


<u>*s/ David Kraut*</u>
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I filed the foregoing *Unopposed Motion to Continue Supervised Release Violation Hearing* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha A. Paluch, Assistant United States Attorney
E-mail:  Martha.Paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

William Wade Robbins (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:                (303) 294-1192
Email:             David_Kraut@fd.org
Attorney for Defendant