CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. WILLIAM WADE ROBBINS           Dkt. No. 1:12CR00366-1

## Petition for Warrant on Defendant on Pretrial Release

Comes now, Alejandro Carrillo, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant William Wade Robbins, who was placed under pretrial release supervision by the Honorable S. Kato Crews, sitting in the Court at Denver, Colorado, on October 13, 2022. As noted in the Order Setting Conditions of Release (Document 62), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

1. **The defendant must not violate federal, state, or local law while on release.**

   On May 5, 2023, the defendant was arrested by the Colorado State Patrol for Driving While Ability Impaired. Per the police report, the defendant was initially stopped for traffic violations. During the Trooper's approach towards the defendant, the Trooper stated, "I could smell a strong odor of an unknown alcoholic beverage coming from Robbins breath while talking to him". When asked where the defendant came from the defendant told the Trooper that he was coming from his son's house in Greeley. The Trooper requested the defendant step out of the vehicle. The Trooper asked the defendant what he was doing in Greeley and the defendant told the Trooper he was coming from Denver and heading to Eaton, CO or Ault, CO to go to a hotel. (The defendant's original answer to the question changed). The Trooper stated, "While talking to him, I could still smell a strong odor of an unknown alcoholic beverage coming from his breath." During the investigation, the defendant admitted to the Trooper that he drank three beers and the last beer was consumed 30 minutes prior to driving. The defendant completed voluntary roadside tests and consented to a portable breath test (PBT). The result of the PBT was .058. The defendant was arrested by Colorado State Patrol at approximately 10:39 pm.

2. **The defendant must not use alcohol at all.**

   On May 5, 2023, the defendant was arrested by the Colorado State Patrol for Driving While Ability Impaired. The defendant admitted to the Trooper that he consumed three beers the night of May 5, 2023.

   On May 17, 2023, during a phone call the defendant verbally admitted to this officer that he drank some beers on May 5, 2023. The defendant also verbally admitted to this officer to drinking and then driving.

3. **The defendant must report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.**

   On May 5, 2023, the defendant was arrested by the Colorado State Patrol for Driving While Ability Impaired. The defendant failed to report this contact as soon as possible. The defendant reported his police contact after being questioned by this officer on May 17, 2023, via a phone call.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violations of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

### ORDER OF THE COURT

I declare under the penalty of perjury
that the foregoing is true and correct.

*s/Alejandro Carrillo*
Alejandro Carrillo
United States Probation Officer
Date:   May 19, 2023

*s/Walter Vanni*
Walter Vanni
Supervisory U.S. Probation Officer
Date:   May 19, 2023

Considered and ordered filed under seal and made a part of the record in the above case.

S. Kato Crews
United States Magistrate Judge
Date: 05/22/2023