AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By USMS D/CO at 8:58 am, May 22, 2023

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
COLORADO

2023 JUN -5 AM 10: 59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:12CR00366-1 |
| William Wade Robbins | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   William Wade Robbins,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

  VIOLATION OF PRETRIAL RELEASE ORDER

Date:   05/22/2023

_____
Issuing officer's signature

City and state:   Denver, Colorado

  Magistrate Judge S. Kato Crews
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/22/23, and the person was arrested on *(date)* 5/23/23
at *(city and state)* DENVER, CO.

Date:   5/23/22

_____
Arresting officer's signature

DUSM THOMAS ROHN
*Printed name and title*